IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

BRADLEY SANDERS                                                                                   PLAINTIFF

v.                                          CIVIL NO. 3:19-cv-3060-MEF

ANDREW SAUL, Acting
Commissioner, Social Security Administration                                              DEFENDANT

**MEMORANDUM OPINION AND ORDER**

Plaintiff, Bradley Sanders, brings this action pursuant to 42 U.S.C. § 405(g) seeking judicial review of a decision of the Commissioner of Social Security Administration (the "Commissioner"). (ECF No. 2). On January 16, 2020, Plaintiff filed a Motion to Dismiss conceding that substantial evidence supports the Commissioner's decision and requesting that his case be dismissed without prejudice. (ECF No. 16). Accordingly, Plaintiff's Motion to Dismiss is hereby granted, and the clerk is directed to dismiss Plaintiff's case without prejudice.

DATED this 16th day of January, 2020.

/s/ Mark E. Ford
HONORABLE MARK E. FORD
UNITED STATES MAGISTRATE JUDGE